FILED

06/08/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0560

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0560

TERRY SULLIVAN,

Petitioner and Appellant,

v.

STATE OF MONTANA,

Respondent and Appellee.

FILED

JUN 0 8 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Pursuant to Appellant's motion for an extension of time, and good cause therefore,

IT IS ORDERED that Appellant has until July 14, 2021, within which to file his reply brief.

No further extensions will be granted.

DATED this ___8th___ day of June, 2021.

For the Court,

By _____
Justice